# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGBINOSA, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00551-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING FILING FEE<br><br>(ECF No. 6) |

Plaintiff Donny Steward ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 17, 2018, and the matter was transferred from the Sacramento Division of the United States District Court for the Eastern District of California on April 24, 2018. (ECF No. 3.)

Currently before the Court is Plaintiff's "Motion on Fees and Costs," filed April 27, 2018. (ECF No. 6.) Although difficult to understand, it appears Plaintiff is requesting that the Court reduce or waive the filing fee for this case, or alternatively, to suspend collection of the fee for a period of time. Plaintiff also seeks similar relief with respect to several other cases pending in the Sacramento Division of the Court. Plaintiff contends that such relief is warranted due to his indigency and because his cases have been filed in good faith and are not frivolous. (Id.)

As noted in the Court's April 30, 2018 order, Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. §

1

1915. (ECF No. 5.) If, as Plaintiff asserts, he is without the funds necessary to pay the full $400.00 filing fee for this action, he must submit an application to proceed *in forma pauperis*. However, even if Plaintiff is granted *in forma pauperis* status, he will be required to pay the $350.00 filing fee in installments withdrawn from his prisoner trust account, as required by Title 28 U.S.C. § 1915(b)(1), which states:

> [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
>
> (A) the average monthly deposits to the prisoner's account; or
>
> (B) the average monthly balance in the prisoner's account for the 6-monthly period immediately proceeding the filing of the complaint or notice of appeal.

Title 28 U.S.C. § 1915 does not provide any authority or mechanism for the Court to reduce or waive the payment of Plaintiff's filing fee, or to suspend collection of the filing fee. Similarly, it provides no authority or mechanism for the Court to reduce, waive, or suspend collection of the filing fee for any of Plaintiff's other pending cases.

Accordingly, Plaintiff's motion on fees and costs, (ECF No. 6), is HEREBY DENIED. Pursuant to the Court's order of April 30, 2018, (ECF No. 5), Plaintiff's application to proceed *in forma pauperis* or payment of the full $400.00 filing fee remains due on or before June 18, 2018. **Plaintiff's failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __May 8, 2018__            /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE