# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IGBINOSA, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00551-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REMAINDER AND REMEDY<br><br>(ECF No. 12) |

Plaintiff Donny Steward ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 17, 2018, and the matter was transferred from the Sacramento Division of the United States District Court for the Eastern District of California on April 24, 2018. (ECF No. 3.) Plaintiff's complaint has not yet been screened.

Currently before the Court is Plaintiff's "Motion for Remainder and Remedy," filed June 15, 2018. (ECF No. 12.) It appears Plaintiff is requesting that the Court waive the filing fee for this action, because he has almost completed payment in Case No. 2:16-cv-2289 CKD P. Plaintiff argues that the prior action, which is now closed, was dismissed without prejudice and includes the exact same claims Plaintiff alleges in the instant action. Plaintiff contends that because the claims are the same, he should not be required to pay the filing fee twice. Plaintiff also expresses his confusion regarding the status and relationship between Case Nos. 2:18-cv-

00551-BAM (PC), 2:18-cv-00950-CKD, 2:16-cv-02289-CKD, and 2:17-cv-0859 (CMK). (Id.)

As Plaintiff was informed in the Court's May 8, 2018 order denying his motion regarding waiver of the filing fee, (ECF No. 9), now that he has been granted leave to proceed *in forma pauperis* in this action, Plaintiff is required to pay the $350.00 filing fee in installments withdrawn from his prisoner trust account, as required by Title 28 U.S.C. § 1915(b)(1), which states:

> [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
>
> (A) the average monthly deposits to the prisoner's account; or
>
> (B) the average monthly balance in the prisoner's account for the 6-monthly period immediately proceeding the filing of the complaint or notice of appeal.

Title 28 U.S.C. § 1915 does not provide any authority or mechanism for the Court to reduce or waive the payment of Plaintiff's filing fee.

Regarding the case numbers noted in Plaintiff's motion, Plaintiff is informed that Case No. 2:18-cv-00950-CKD and 1:18-cv-00551-BAM both refer to the instant action, and Plaintiff should continue to use case number **1:18-cv-00551-AWI-BAM (PC)** on all filings related to the instant case. Case No. 2:16-cv-02289-CKD, as Plaintiff is aware, was dismissed without prejudice on March 30, 2017. That case, despite Plaintiff's claims to the contrary, is not related to the instant action. The Court could not locate any actions with Case No. 2:17-cv-0859-CMK filed by Plaintiff.

Accordingly, Plaintiff's motion for remainder and remedy, (ECF No. 12), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **June 18, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2