# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>IGBINOSA, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00551-AWI-BAM (PC)<br><br>ORDER REGARDING STATUS OF CASE<br><br>(ECF No. 16) |

Plaintiff Donny Steward ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's notice of change of address and request for status of case. (ECF No. 16.) Plaintiff states that he has recently been moved four times to four different institutions. Plaintiff requests the "new procedural rules of the court" and the status of this case on the docket sheet. (Id.)

Generally, the Court will not respond in writing to individual inquiries regarding the status of a case. (ECF No. 2, p. 2.) However, given Plaintiff's recent transfers, Plaintiff's request for status is GRANTED. Plaintiff is informed that on June 18, 2018, the Court denied Plaintiff's motion for remainder and remedy regarding waiver of the filing fee in this action. (ECF No. 13.) The Court has issued no other orders since that time.

With respect to Plaintiff's apparent request for a copy of the Local Rules, the Court generally does not send litigants free copies of rules or case law, and any deviation from that

1

| | |
|---|---|
| 1 | standard practice represents an exception which must be justified.  Copies of the Court's Local |
| 2 | Rules should be available to Plaintiff from the law library at his institution. |
| 3 | Accordingly, Plaintiff's request for the status of this case, (ECF No. 16), is GRANTED, as |
| 4 | set forth above. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: **September 26, 2018**        /s/ *Barbara A. McAuliffe* |
| 8 | UNITED STATES MAGISTRATE JUDGE |