# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>   Plaintiff,<br><br> v.<br><br>IGBINOSA, *et al.*,<br><br>   Defendants. | Case No. 1:18-cv-00551-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION<br><br>(ECF No. 20) |

Plaintiff Donny Steward ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2019, the assigned Magistrate Judge issued findings and recommendations recommending that the federal claims in this action be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted, and the Court decline to exercise supplemental jurisdiction over Plaintiff's purported state law claims. (ECF No. 20.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 13.) Plaintiff filed objections on December 16, 2019. (ECF No. 21.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's

1

objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 2, 2019, (ECF No. 20), are adopted in full;
2. The federal claims in this action are dismissed, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted;
3. The exercise of supplemental jurisdiction over Plaintiff's state law claims is declined, and the state law claims are dismissed, without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 31, 2020

SENIOR DISTRICT JUDGE