# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IGBINOSA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:18-cv-00551-AWI-BAM (PC)<br><br>Appeal No. 20-15680<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

　　　Plaintiff Donny Steward ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On March 31, 2020, the Court dismissed the federal claims in this action, with prejudice, for Plaintiff's failure to state a claim upon which relief may be granted, and dismissed the state law claims, without prejudice, after declining to exercise supplemental jurisdiction.  (ECF No. 22.)  Judgment was entered accordingly the same date.  (ECF No. 23.)  On April 15, 2020, Plaintiff filed a notice of appeal.  (ECF No. 25.)

　　　On April 16, 2020, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal.  28 U.S.C. § 1915(a)(3).  The Court finds that this appeal is not taken in bad faith and is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

　　Dated:   **April 17, 2020**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE