UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br>　　　　　　Plaintiff,<br><br>v.<br><br>IGBINOSA, *et al.*,<br>　　　　　　Defendants. | 1:18-cv-00551-AWI-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF **DONNY STEWARD, CDCR # E-04997, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>**DATE: November 9, 2021**<br>**TIME:  11:00 a.m.** |

　　　　Donny Steward, inmate, CDCR #E-04997, a necessary and material witness on his own behalf in proceedings in this case on November 9, 2021, is confined at California Medical Facility, 1600 California Dr., Vacaville, CA 95696, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Stanley A. Boone on November 9, 2021, at 11:00 a.m.

　　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Medical Facility**

　　　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **October 8, 2021**　　　　　　/s/ Barbara A. McAuliffe　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

