**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNY STEWARD,<br><br>             Plaintiff,<br><br>     v.<br><br>IGBINOSA, *et al.*,<br><br>             Defendants. | Case No.: 1:18-cv-00551-AWI-BAM (PC)<br><br>ORDER THAT INMATE DONNY STEWARD IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Donny Steward is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on November 9, 2021. Inmate Donny Steward, CDCR #E-04997, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 9, 2021**

UNITED STATES MAGISTRATE JUDGE