# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>   Plaintiff,<br><br>  v.<br><br>IGBINOSA, *et al.*,<br><br>   Defendants. | Case No. 1:18-cv-00551-AWI-BAM (PC)<br><br>ORDER REGARDING STIPULATIONS FOR VOLUNTARY DISMISSAL OF DEFENDANTS AND ACTION WITH PREJUDICE<br><br>(ECF Nos. 67, 68) |

  Plaintiff Donny Steward ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

  Currently before the Court is a stipulation for voluntary dismissal of Defendants Faria, Lewis, and Ibginosa with prejudice, (ECF No. 67), and a stipulation for voluntary dismissal of this action with prejudice, (ECF No. 68), both pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel. The stipulations are signed and dated by Plaintiff and counsel for Defendants and indicates that each party shall bear its own litigation costs and attorney's fees.

  Accordingly, Defendants Faria, Lewis, and Igbinosa are dismissed from this action with prejudice, and this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

  Dated: __December 6, 2021__      /s/ *Barbara A. McAuliffe*
                   UNITED STATES MAGISTRATE JUDGE